# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| United States, <br><br> Plaintiff, <br><br> v. <br><br> Hadari Stallworth, <br><br> Defendants. | Case No. 2:24-cr-00083-JAM-1 <br><br> **ORDER** |

    Defendant Hadari Stallworth is scheduled to make his initial appearance the week of April 29, 2024. The Indictment alleges that he threatened a judge in the District of Nevada, in the unofficial southern division.

    This case has been assigned to an out-of-state district judge. No magistrate judge has been assigned to the case (at least not yet). The undersigned will be the duty magistrate judge that week and, at this juncture, will be presiding over the initial appearance and detention hearing.

    Each party is to file a status report by April 25, 2024 (close of business) and state whether it believes that grounds exist for recusal.

DATED: April 24, 2024

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE